CRAIG v. GREER, *Sheriff, et al.*

No. 3843.   Opinion Filed May 14, 1912.

Rehearing Denied July 19, 1912.

(124 Pac. 1096.)

**APPEAL AND ERROR**—Record—**Motions.** Motions presented to the trial court, the rulings thereon and exceptions thereto, are not properly a part of the record, and can only be presented and preserved for review on appeal to the Supreme Court by means of a bill of exceptions or case-made.

(Syllabus by the Court.)

*Error from District Court, Canadian County;*
*Jno. J. Carney, Judge.*

Action between Hester Craig and C. O. Greer, sheriff, and others. From the judgment, Hester Craig brings error. Dismissed.

*Jas. R. Lewis,* for plaintiff in error.

*Jas. L. Brown,* for defendants in error.

WILLIAMS, J.   This proceeding in error is to review the order of the lower court dissolving a temporary injunction. No case-made is attached to the petition in error.

A motion to dismiss has been filed upon such ground; the contention being that the error sought to be reviewed cannot be brought before this court on a transcript.

The proceeding in error must be dismissed. *Green et al. v. Incorporated Town of Yeager,* 23 Okla. 128, 99 Pac. 906; *Lamb et al. v. Young et al.,* 24 Okla. 614, 104 Pac. 335; *Nelson et al. v. Glenn et al.,* 28 Okla. 575, 115 Pac. 471; *Tribal Development Co. et al. v. White Bros. et al.,* 28 Okla. 525, 114 Pac. 736; *Richardson et al. v. Beidleman, post,* 126 Pac. 816-818.

TURNER, C. J., and HAYES, KANE, and DUNN, JJ., concur.